USDC/ATTY-010 | F R Civ P 7.1 (12/06) Disclosure of Corporate Affiliations and Financial Interest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

V.

**CASE NUMBER**

Pursuant to F R Civ P 7.1, any nongovernmental corporate party to an action or proceeding in a district court must: 1) identify any parent corporation and any publicly held corporation that owns ten percent or more of its stock; or 2) must state that there is no such corporation.

Name of party: _____

Check all that apply:

    I certify, as party/counsel in this case, that the above named party is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

    The following corporate affiliations exist with the above named party :

    Parent corporation/affiliate name: _____
    Relationship with named party: _____

    The following corporation, unincorporated association, partnership, or other business entities which are not parties may have a financial interest in the outcome of this litigation:

    Parent corporation/affiliate name: _____
    Nature of financial interest: _____

    Parent corporation/affiliate name: _____
    Nature of financial interest: _____

Date: _____      _____t